## EXHIBIT LIST

### United States v. Antonio Reyes
### Criminal Case No. 09CR2487-MMA

__X__ Government             _____ Defense                Type of Hearing: Jury Trial

The United States intends to offer the following exhibits in its case-in-chief:

| Exhibit No. | Date Identified | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph of Calexico East Port of Entry |
| 2 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph of Lane 3, Calexico East Port of Entry |
| 3 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph of Lane 3, Calexico East Port of Entry |
| 4 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph of Ford Excursion |
| 5 | NOV 0 3 2009 | NOV 0 3 2009 | Copy of Defendant's California Identification Card |
| 6 | NOV 0 3 2009 | NOV 0 3 2009 | Copy of Defendant's US Passport Application |
| 7 | | | Copy of Receipts for Defendant's US Passport Application |
| 8 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph - Stop Sign at Secondary Lot, Calexico East Port of Entry |
| 9 | NOV 0 3 2009 | NOV 0 3 2009 | Map showing Los Angeles, Calexico, Mexicali and San Felipe |
| 10 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph - Secondary Lot, Calexico East Port of Entry |
| 11 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph - Vehicle Lift, Calexico East Port of Entry |
| 12 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph - Vehicle Lift with Excursion and Seized Marijuana |
| 13 | NOV 0 3 2009 | NOV 0 3 2009 | Custody Receipt - Marijuana |
| 14a-e | NOV 0 3 2009 | | Marijuana |

(A) - And - 15

| | | | |
|---|---|---|---|
| 15 | NOV 0 3 2009 | NOV 0 3 2009 | Parties' Stipulation Regarding Marijuana |
| 16 | NOV 0 3 2009 | - | Value Chart Regarding Marijuana |
| 17 | NOV 0 3 2009 | NOV 0 3 2009 | Gas Tank of Excursion |
| 18 | NOV 0 3 2009 | NOV 0 3 2009 | Photograph - Gas Tank and Seized Marijuana |
| 19 | NOV 0 3 2009 | NOV 0 3 2009 | Custody Receipt - Cell Phone |
| 20 | NOV 0 3 2009 | NOV 0 3 2009 | Cell Phone |
| 21 | | | DVD of Defendant's Post-Miranda Statement |
| 22 | | | Written Miranda Warnings for Defendant |
| 23 | NOV 0 4 2009 | NOV 0 4 2009 | Subscriber Information Re: Seized Phone |
| 24 | NOV 0 4 2009 | NOV 0 4 2009 | Cell Site Information Re: Seized Phone |
| 25 | NOV 0 4 2009 | NOV 0 4 2009 | Latitude/Longitude Chart Re: Cell Sites |
| 26 | NOV 0 4 2009 | | Map Depicting Cell Site Information |
| 27 | NOV 0 4 2009 | | Map Depicting Cell Site Information |
| 28 | NOV 0 4 2009 | | Map Depicting Cell Site Information |