UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 5 2009
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 09CR2487-MMA |
| ) | |
| vs ) | |
| ) | **V E R D I C T** |
| ANTONIO REYES, ) | |
| ) | |
| Defendant. ) | |

We the jury in the above entitled cause find the defendant,

ANTONIO REYES,

__Guilty__ of Importation of Marijuana as charged in Count 1 of the Indictment.

If you find the defendant guilty of Count 1, do you further find that the amount of marijuana the defendant imported weighed over 50 kilograms?

____✓____ YES            _____ NO

__No verdict__ of Possession of Marijuana with Intent to Distribute as charged in Count 2 of the Indictment.

If you find the defendant guilty of Count 2, do you further find that the amount of marijuana the defendant possessed with the intention to distribute weighed over 50 kilograms?

_____ YES            _____ NO

_____
Foreperson

Date: 11/5/2009
San Diego, California